**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **DIGITAL TECHNOLOGIES LLC,**<br><br>        Plaintiff,<br><br>   v.<br><br>**VALVE CORPORATION,**<br><br>        Defendant. | **Civil Action No. 2:15-cv-999**<br><br>**JURY TRIAL DEMANDED** |

**CORPORATE DISCLOSURE STATEMENT**

Plaintiff Digital Technologies LLC is a Texas limited liability company. Digital Technologies LLC has no parent corporation, and no publicly held company owns 10% or more of its stock.

DATED June 8, 2015.                    Respectfully submitted,

                                                By: */s/ Stevenson Moore*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEYS FOR PLAINTIFF**
**DIGITAL TECHNOLOGIES LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                      */s/ Stevenson Moore*
                                      Stevenson Moore