**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **DIGITAL TECHNOLOGIES LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**VALVE CORPORATION,**<br><br>Defendant. | **Civil Action No. 2:15-cv-999**<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF APPEARANCE OF TIMOTHY T. WANG

Notice is hereby given that the undersigned attorney, Timothy T. Wang, enters his appearance in this matter for Plaintiff, Digital Technologies LLC, for the purpose of receiving notices and orders from the Court.

DATED June 8, 2015.              Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: */s/ Timothy T. Wang*
　　　　　　　　　　　　　　　　　　　Timothy T. Wang
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24067927

　　　　　　　　　　　　　　　　　　　**NI, WANG & MASSAND, PLLC**
　　　　　　　　　　　　　　　　　　　8140 Walnut Hill Ln., Ste. 500
　　　　　　　　　　　　　　　　　　　Dallas, TX 75231
　　　　　　　　　　　　　　　　　　　Tel: (972) 331-4603
　　　　　　　　　　　　　　　　　　　Fax: (972) 314-0900
　　　　　　　　　　　　　　　　　　　E-mail: twang@nilawfirm.com

　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF
　　　　　　　　　　　　　　　　　　　DIGITAL TECHNOLOGIES LLC**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 8th day of June, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                       */s/ Timothy T. Wang*
                                        Timothy T. Wang